IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JENNIFER HART                                                                                               PLAINTIFF

V.                              NO. 5:18CV00137 JM/BD

SOCIAL SECURITY ADMINISTRATION                                                      DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Jennifer Hart's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE