IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JENNIFER HART                                                                                PLAINTIFF

V.                         NO. 5:18-CV-00137 JM/BD

SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE